## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**ROSEMARY OWEN,**
     Plaintiff,

v.

                                   2:23-cv-328-SPC-NPM

**CAB EAST, LLC.,**
     Defendant.

_____

## ORDER COMPELLING ARBITRATION

    Cab East, LLC moves unopposed to compel arbitration. (Docs. 11, 12). The motion is **GRANTED**. Pursuant to the Federal Arbitration Act, this case is **STAYED** pending arbitration of this action. 9 U.S.C. § 3. The parties must file a joint status report by **December 31, 2023**, and every **two months** thereafter. Should the parties seek a court order affirming the arbitration award, either party may move for such relief within one year of the award. 9 U.S.C. § 9. A motion to vacate or modify the arbitration award must be filed and served on the adverse party within three months of the award's issuance. 9 U.S.C. § 12. And any motion to confirm, modify, or correct the arbitration award must include the appropriate papers. 9 U.S.C. § 13.

    **ORDERED** on July 6, 2023.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE