UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                                        CASE NO.: 2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendants.

_____/

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.    On July 6, 2023, this Court granted the parties Unopposed Motion to Compel arbitration (Doc. 13).

2.    On July 6, 2023, this Court entered an Order (Doc. 13) requiring the parties to submit a joint status report "by December 31, 2023, and every two months after." Due to a clerical error, the parties failed to file their Joint Status Report timely. As a result, the parties were instructed to file a joint status report by January 9, 2023 (Doc. 15). In compliance with that Order, the parties submit this Joint Status Report.

3.    The parties have been assigned an arbitrator.

4.    A preliminary hearing with the arbitrator was held on Monday, January 8, 2024.

5.  Per the Court's Order (Doc. 13), the parties will submit an updated status report by Thursday, February 29, 2024.

WHEREFORE, the Parties submit this Joint Status Report to the Court and respectfully request any relief this Court deems just and proper.

Respectfully submitted,

| */s/ Joshua Feygin* | */s/ JESSICA M. KENNEDY* |
|---|---|
| Joshua Feygin, Esq. | Francis M. McDonald, Esq. |
| Fla. Bar No.: 124685 | Fla. Bar No.: 0096015 |
| Joshua Feygin, PLLC | McDonald Toole Wiggins, P.A. |
| 1930 Harrision St., Suite 208F | 111 N. Magnolia Ave., Suite 1200 |
| Hollywood, FL 33020 | Orlando, FL 32801 |
| T: 954-228-5674 | T: (407) 246-1800 |
| josh@jfeyginesq.com | jkennedy@mtwlegal.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

*(Certificate of Service on following page)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

/s/ JESSICA M. KENNEDY
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
JACKLYN SIGNORELLI, ESQ.
Florida Bar No. 1041181
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a Ford Motor Credit Company, LLC*

3