UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                              CASE NO.:  2:23-cv-328-SPC-NPM

      Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

      Defendants.

_____/

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.    A Preliminary Scheduling Conference with the Arbitrator was held on Monday, January 8, 2024.

2.    CAB East LLC proposed to resolve the matter through the entry of a Consent Award.

3.    The parties were directed to confer and submit a joint proposed Consented Award no later than January 29, 2024.

4.    On January 16, 2024, Attorneys for Respondent CAB EAST LLC circulated a proposed Interim Award and draft Scheduling Order to Attorney for Claimant ROSEMARY OWEN.

5.     On January 24, 2024, Attorneys for Respondent re-circulated for the proposed Interim Award and draft Scheduling Order to Attorney for Claimant.

6.     On January 29, 2024, having received no objections and no response as to the language therein, Attorney for Respondent submitted the proposed Interim Award and draft Scheduling Order to the American Arbitration Association and all counsel.

7.     On January 29, 2024, Claimant provided a proposed Interim Award and draft Scheduling Order to the American Arbitration and all counsel.

8.     Proposed Interim Awards and draft Scheduling Orders were provided to the Arbitrator on January 30, 2024.

9.     Respondent further demands that there be no admission of liability.

10.    The Parties are coordinating with the arbitrator to engage in a conference to resolve these issues.

WHEREFORE, the Parties submit this Joint Status Report to the Court and respectfully request any relief this Court deems just and proper.

Respectfully submitted,

<table>
<tr><td><em>/s/ Joshua Feygin</em></td><td><em>/s/ JESSICA M. KENNEDY</em></td></tr>
<tr><td>Joshua Feygin, Esq.</td><td>Jessica M. Kennedy, Esq.</td></tr>
<tr><td>Fla. Bar No.: 124685</td><td>Fla. Bar No.: 0096015</td></tr>
<tr><td>Joshua Feygin, PLLC</td><td>McDonald Toole Wiggins, P.A.</td></tr>
<tr><td>1930 Harrision St., Suite 208F</td><td>111 N. Magnolia Ave., Suite 1200</td></tr>
<tr><td>Hollywood, FL 33020</td><td>Orlando, FL 32801</td></tr>
<tr><td>T: 954-228-5674</td><td>T: (407) 246-1800</td></tr>
<tr><td>josh@jfeyginesq.com</td><td>jkennedy@mtwlegal.com</td></tr>
<tr><td><em>Attorneys for Plaintiff</em></td><td><em>Attorneys for Defendants</em></td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

/s/ JESSICA M. KENNEDY
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
JACKLYN SIGNORELLI, ESQ.
Florida Bar No. 1041181
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a*
*Ford Motor Credit Company, LLC*