UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                                  CASE NO.:  2:23-cv-328-SPC-NPM

      Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

      Defendants.

_____/

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.     The parties attended a Preliminary Management Hearing with AAA which was held on March 13, 2024.

2.     On March 20, 2024, the AAA issued a Scheduling Order consistent with the schedule agreed upon at the March 13th hearing.

3.     Based on the AAA's Scheduling Order, the Final Hearing is set for September 11, 2024 at 9:30 A.M., to take place virtually.

4.     The parties filed amended pleadings as required by the Scheduling Order, on March 26, 2024 and April 8, 2024, respectively. Since then, Claimant has communicated an intent to strike CAB East, LLC's Amended Affirmative Defenses.

1

5.      Additionally, CAB East, LLC filed with the AAA a Subpoena Duces Tecum upon dealership TT of Broward, Inc., to obtain documents from the dealership that are purportedly foundational to the claim at issue. Claimant objected to the issuance of the Subpoena. As such, CAB East, LLC requested a conference call with AAA to resolve the pending objection. A conference call has been scheduled for May 1, 2024.

6.      With respect to depositions, CAB East, LLC will take the deposition of Claimant on May 1, 2024, via videoconference. In turn, Claimant requested a video-recorded deposition of CAB East, LLC's Corporate Representative. The deposition of the Corporate Representative is in the process of being scheduled.

7.      As it stands, the parties are continuing to prepare for the Final Hearing before the AAA.

WHEREFORE, the Parties submit this Joint Status Report to the Court and respectfully request any relief this Court deems just and proper.

Respectfully submitted,

<table>
<tr><td><i>/s/ Joshua Feygin</i></td><td><i>/s/ JESSICA M. KENNEDY</i></td></tr>
<tr><td>Joshua Feygin, Esq.</td><td>Jessica M. Kennedy, Esq.</td></tr>
<tr><td>Fla. Bar No.: 124685</td><td>Fla. Bar No.: 0096015</td></tr>
<tr><td>Joshua Feygin, PLLC</td><td>McDonald Toole Wiggins, P.A.</td></tr>
<tr><td>1930 Harrision St., Suite 208F</td><td>111 N. Magnolia Ave., Suite 1200</td></tr>
<tr><td>Hollywood, FL 33020</td><td>Orlando, FL 32801</td></tr>
<tr><td>T: 954-228-5674</td><td>T: (407) 246-1800</td></tr>
<tr><td>josh@jfeyginesq.com</td><td>jkennedy@mtwlegal.com</td></tr>
<tr><td><i>Attorneys for Plaintiff</i></td><td><i>Attorneys for Defendants</i></td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

/s/ JESSICA M. KENNEDY

JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a Ford Motor Credit Company, LLC*

3