UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,   CASE NO.:  2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendants.

_____/

## **JOINT STATUS REPORT**

The Parties, by and through their respective undersigned counsel, hereby file this Joint Status Report, and state as follows:

1. On March 20, 2024, the AAA issued a Scheduling Order which the parties have followed throughout the course of arbitration.

2. Based on the AAA's Scheduling Order, the Final Hearing is set for September 11, 2024 at 9:30 A.M., to take place virtually.

3. On June 4, 2024, the AAA amended portions of the Scheduling Order that pertained to the corporate representative deposition and dispositive motions deadlines.

4. The deadlines for discovery and the exchange of information have passed. The parties are now in the briefing process as dispositive motions are due on July 5, 2024.

5. If the case does not resolve through dispositive motions, the parties will proceed with exchanging witnesses and exhibits prior to the Final Hearing.

WHEREFORE, the Parties submit this Joint Status Report to the Court and respectfully request any relief this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Feygin* | */s/ JESSICA M. KENNEDY* |
| Joshua Feygin, Esq. | Jessica M. Kennedy, Esq. |
| Fla. Bar No.: 124685 | Fla. Bar No.: 0096015 |
| Joshua Feygin, PLLC | McDonald Toole Wiggins, P.A. |
| 1930 Harrison St., Suite 208F | 111 N. Magnolia Ave., Suite 1200 |
| Hollywood, FL 33020 | Orlando, FL 32801 |
| T: 954-228-5674 | T: (407) 246-1800 |
| josh@jfeyginesq.com | jkennedy@mtwlegal.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrison St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

*/s/ JESSICA M. KENNEDY*
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801

Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a Ford Motor Credit Company, LLC*