UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                          CASE NO.:  2:23-cv-328-SPC-NPM

      Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

      Defendants.

_____/

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, hereby file this Joint Status Report, and state as follows:

1.      The parties have submitted dispositive summary judgment briefing and are awaiting a decision from the arbitrator.

2.      If the case does not resolve through dispositive motions, the parties will proceed with the Final Evidentiary Hearing which is set for September 11, 2024.

WHEREFORE, the Parties submit this Joint Status Report to the Court and respectfully request any relief this Court deems just and proper.

Respectfully submitted,

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
Fla. Bar No.: 124685
Joshua Feygin, PLLC

*/s/ Jessica M. Kennedy*
Jessica M. Kennedy, Esq.
Fla. Bar No.: 0096015
McDonald Toole Wiggins, P.A.

1

1930 Harrision St., Suite 208F                  111 N. Magnolia Ave., Suite 1200
Hollywood, FL 33020                             Orlando, FL 32801
T: 954-228-5674                                 T: (407) 246-1800
josh@jfeyginesq.com                             jkennedy@mtwlegal.com
*Attorneys for Plaintiff*                       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

*/s/ JESSICA M. KENNEDY*
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a
Ford Motor Credit Company, LLC*

2