UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                                    CASE NO.:  2:23-cv-328-SPC-NPM

      Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

      Defendants.

_____/

### DEFENDANT CAB EAST LLC'S MOTION TO CONFIRM ARBITRATION ORDER ON SUMMARY JUDGMENT

Defendant, CAB East LLC ("CAB East"), pursuant to the Federal Arbitration Act ("FAA") 9 U.S.C. § 9, and this Court's Order dated July 6, 2023, hereby moves to confirm the Arbitrator's Order on Cross-Motions for Summary Judgment, and states:

1.      Plaintiff, Rosemary Owen, filed the instant suit on May 10, 2023, seeking statutory damages, actual damages, attorney's fees, and interests under the Consumer Leasing Act (hereinafter "CLA"). *See* DE 1.

2.      In June 2023, CAB East filed a Motion to Dismiss for Lack of Jurisdiction, Motion to Compel Arbitration, and Motion to Stay Proceedings. *See* DE 11. In response, Plaintiff filed a Notice of Consent to Arbitration. *See* DE 12.

3.      Thereafter, this Court issued an Order Compelling Arbitration, directing

the parties to arbitration, and issuing a stay of this suit. *See* DE 13. This Court's Order also directed the parties to a file joint status report every two months notifying the Court of the pending Arbitration proceeding and the progress therein.

4.      In the latest Joint Status Report filed on August 28, 2024, the parties notified this Court that dispositive summary judgment motions were currently pending in the Arbitration proceeding. *See* DE 20.

5.      Subsequently, the Arbitrator issued an Order on Cross-Motions for Summary Judgment, wherein it granted CAB East's Motion for Summary Judgment and Denied Claimant's Motion for Summary Judgment. *See* Exhibit A. In sum, the Arbitrator denied Plaintiff's CLA claim.  The Arbitrator's Order plainly states: "This Award is in full and final settlement of all claims submitted in this Arbitration. All claims not expressly granted herein are hereby denied." *See* Exhibit A. The Arbitrator has since closed this case.

6.      CAB East now respectfully requests that this Court confirm the Arbitrator's ruling, enter judgment in favor of CAB East, and dismiss this suit with prejudice. *See* 9 U.S.C. § 9 (explaining, "at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title"). CAB East files this Motion well within the one-year period outlined in the

FAA. *See McLaurin v. Terminix Int'l Co., LP*, 13 F.4th 1232, 1238 (11th Cir. 2021) (noting that "the FAA gives the parties up to a year to file a motion to confirm").

## Local Rule 3.01(g) Certification

The undersigned certifies that she contacted Plaintiff Counsel on September 23, 2024, via telephone to inform counsel of this Motion. The undersigned also forwarded Plaintiff Counsel a copy of this Motion via email and sent a follow up email on September 25, 2024. Plaintiff Counsel communicated that he does not object to this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

/s/ Jessica M. Kennedy
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
FLOR M. LEIVA, ESQ.
Florida Bar No. 1018310
MCDONALD TOOLE WIGGINS, P.A.

111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a*
*Ford Motor Credit Company, LLC*