UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Case No.: 2:23-cv-328-SPC-NPM

ROSEMARY OWEN,
An Individual,

    Plaintiff,

v.

CAB EAST, LLC,
d/b/a FORD MOTOR CREDIT COMPANY,
A foreign Limited Liability Company,

    Defendant.
_____/

### NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, ROSEMARY OWEN, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court that Joshua Feygin, Esquire is Plaintiff's lead counsel.

Dated: September 26, 2024

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, ROSEMARY OWEN*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 26, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

_____/s/_____
JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685