UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSEMARY OWEN, an individual,

    Plaintiff,

v.                                                  Case No.:  2:23-cv-328-SPC-NPM

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is Defendant Cab East, LLC's Motion to Confirm Arbitration Order on Summary Judgment. (Doc. 21). Defendant certifies that Plaintiff Rosemary Owen does not oppose the motion. (*Id.* at 3). For the below reasons, the Court grants the motion.

Plaintiff leased a 2019 Lincoln MKZ from Defendant, with an option to buy the vehicle at the end of the lease term. When Plaintiff exercised the purchase option, Defendant allegedly charged her undisclosed, improper fees. Plaintiff sued Defendant under the Consumer Leasing Act, 15 U.S.C. § 1667a. (Doc. 1). Defendant moved to compel arbitration, and Plaintiff consented. (Docs. 11, 12). So the Court sent the parties to arbitration. (Doc. 13).

The parties filed cross-motions for summary judgment in arbitration. The arbitrator granted Defendant's motion and denied Plaintiff's motion, finding, among other things, that Plaintiff had knowledge and understanding of all the charges associated with her purchase. Defendant now moves the Court to confirm the arbitration order, enter judgment in its favor, and dismiss this action with prejudice. (Doc. 21).

The Federal Arbitration Act provides that "upon application of any party to the arbitration, the court must confirm the arbitrator's award unless it is vacated, modified, or corrected in accordance with sections 10 and 11 of the statute." *Frazier v. CitiFinancial Corp., LLC*, 604 F.3d 1313, 1321 (11th Cir. 2010). The arbitrator's ruling has not been vacated, modified, or corrected, and Plaintiff does not oppose the motion. The Court must confirm the arbitration order.

Accordingly, it is now

**ORDERED:**

1. Defendant's Motion to Confirm Arbitration Order on Summary Judgment (Doc. 21) is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Cab East, LLC and against Plaintiff Rosemary Owen.

4.       The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on October, 4, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record