# EXHIBIT A

## (Bill of Costs Chart)

United States Middle District of Florida

ROSEMARY OWEN V. CAB EAST, LLC

This Chart Relates to:
Rosemary Owen                                                    Case No. 2:23-cv-328-SPC-NPM

**BILL OF COSTS**

## A - SUBPOENA SERVICE

| # | Invoice Date | Cost Description | Invoice | Invoice Amount |
|---|---|---|---|---|
| 1 | 5/7/2024 | Subpoena served on TT of Broward, Inc. c/o R.A. Corporation Service Company on May 7, 2024 | Legal Serve USA - Inv. No. LSU2023000788 | $45.00 |
| | | | TOTAL | $45.00 |

## B – ARBITRATION COSTS

| # | Invoice Date | Cost Description | Invoice | Invoice Amount |
|---|---|---|---|---|
| 2 | 11/30/2023 | Arbitrator's Compensation Deposit | American Arbitration Association - Bill Line No. 13828385 | $2,500.00 |
| 3 | 11/30/2023 | Case Management Fee | American Arbitration Association - Bill Line No. 13827507 | $1,400.00 |
| 4 | 9/19/2023 | American Arbitration Association's Administrative Fee | American Arbitration Association - Bill Line No. 13792122 | $400.00 |
| | | | TOTAL | $4,300.00 |

## C – DEPOSITION AND HEARING COSTS

| # | Invoice Date | Cost Description | Invoice | Invoice Amount | Limited Costs Requested[1] |
|---|---|---|---|---|---|
| 5 | 5/16/2024 | Transcript of Deposition of Plaintiff, Rosemary Owen on 05/01/2024 | US Legal Support - Invoice No. 20240683621-12 | $481.95 | $436.95 |
| 6 | 7/10/2024 | Transcript of Deposition of Defendant, Cab East's Corporate Representative, Jeremy Dill on 06/13/2024 | US Legal Support - Invoice No. 193372 | $457.50 | $457.50 |
| 7 | 3/15/2024 | Preliminary Management Hearing before Arbitrator Amy Sergent on 03/13/2024 – Court Reporter Attendance | US Legal Support - Invoice No. 20240635320-12 | $212.50 | $212.50 |
| 8 | 3/15/2024 | Preliminary Management Hearing on 03/13/2024 - Court Reporter Transcript | US Legal Support - Invoice No. 20240644124-12 | $357.00 | $357.00 |
| 9 | 5/29/2024 | Hearing before Arbitrator Amy Sergent on Claimant's Motion to Strike Affirmative Defenses. 05/28/2024 - Transcript | US Legal Support - Invoice No. 20240694330-12 | $693.75 | $648.75 |
| 10 | 5/16/2024 | Hearing before Arbitrator Amy Sergent on Plaintiff's Objection to Subpoena. 05/01/2024 - Transcript | US Legal Support - Invoice No. 20240683621-12 | $481.95 | $436.95 |
| | | | TOTAL | $1,508.95 | $1,463.95 |

**Total of all cost categories**            $5,853.95

**Adjusted total:**                          $5,808.95

---

[1] Transcript costs requested are limited to the cost of the transcript, court reporter appearance fee, exhibit fee, and archival fee. The requested amount excludes non-recoverable costs. The costs requested are highlighted on the invoices attached as composite Exhibit B to the Bill of Costs.