# EXHIBIT B

## (Exhibits Composite)



**LEGAL SERVE USA**

147 BRIDGEHAVEN DR
PALM COAST, FL  32137
Phone: 407-559-5515    Fax: --
85-3082554

**Invoice # LSU2402799**

| Client Info: | Invoice Info: |
|---|---|
| MCDONALD TOOLE WIGGINS, P.A. - JESSICA M. KENNEDY, ESQ.<br><br>111 N. MAGNOLIA AVE. STE. 1200<br>Orlando, FL  32801 | Client Ref #<br>Job #  LSU2402799<br>Invoice Date:  5/7/2024<br><br>Client ID:  MTWP-JMKE |

| Case Info: |
|---|
| Court Name: THE ARBITRATION TRIBUNALS OF AMERICAN ARBITRATION ASSOSIATION<br>Court Division:<br>Case # 01-23-0002-7602<br><br>Plaintiff:<br>ROSEMARY OWEN<br> -versus-<br>Defendant:<br>CAB EAST, LLC D/B/A FORD MOTOR CREDIT COMPANY |

| Service Info: |
|---|
| Serve To: TT OF BROWARD, INC. C/O R.A. Corporation Service Company<br>Service: CORPORATE<br>Date: 05/07/2024  Time: 08:15 AM<br><br>Location:<br>1201 HAYS STREET TALLAHASSEE, FL 32301 |

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | CFO/CSC/CT CORP - 1201 HAYS STREET Tallahassee, FL  32301 | $45.00 | $45.00 |
| | | Sub Total | $45.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $45.00 |

Invoices not paid within thirty (30) days from the invoice date is subject to a $5 monthly charge. Legal Serve USA reserves the right to use any and all means of collection available under applicable law to collect any amount past due. Please note a 4% charge will be assessed for credit card transactions

**Credit Card Payment Link** - https://legalserveusa.com/payment/

**Want to win $100? Leave us a 5 Star Google Review to be entered into a monthly $100 Amazon Gift Card Raffle -** https://tinyurl.com/LSU-REVIEW

#1



1 of 1

**AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

| Statement Date |
|---|
| 17-Oct-24 |
| **Balance Currently Due** |
| $0.00 |
| **Case #** |
| 01-23-0002-7602-2-JP |

Case Manager: Jenna Pascale jennapascale@adr.org
**Pay PIN**: 12007611

# Detail Invoice/Statement

Jessica Marie Kennedy, Esq.
McDonald Toole Wiggins, PA
111 North Magnolia Avenue
Suite 1200
Orlando, FL 32801

**Representing:** CAB EAST, LLC

Re: Rosemary Owen
Vs.
CAB EAST, LLC

## To pay online directly, **click here**.

| Statement Date | Case # | Previous Balance | Credits/Cancellations | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 17-Oct-24 | 01-23-0002-7602 | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Line Date *Transaction Date* | Bill Line # | Description | Amount | Credits/ Cancellations | Balance | Due Date |
|---|---|---|---|---|---|---|
| 08-Nov-2023 | 13828385 | Arbitrator's Compensation Deposit | $2,500.00 | | $0.00 | 08-Nov-2023 |
| *30-Nov-2023* | | Check (#74291)-McDonald Toole Wiggins PA | | $2,500.00 | | |
| 07-Nov-2023 | 13827507 | Case Management Fee | $1,400.00 | | $0.00 | 07-Nov-2023 |
| *30-Nov-2023* | | Check (#74291)-McDonald Toole Wiggins PA | | $1,400.00 | | |
| 18-Oct-2023 | 13812061 | Miscellaneous Fee - List of 5 arbitrators | $250.00 | | $0.00 | 18-Oct-2023 |
| *23-Oct-2023* | | Credit Card-Kennedy Jessica | | $250.00 | | |
| 19-Sep-2023 | 13792122 | Your Portion of Administrative Fee | $400.00 | | $0.00 | 18-Sep-2023 |
| *19-Sep-2023* | | Check (#73831)-McDonald Toole Wiggins, PA | | $400.00 | | |

| Statement Balance | Balance Currently Due |
|---|---|
| $0.00 | $0.00 |

#2 - 4

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

Page 1 of 2



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240683621-12 | 5/16/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6599840 | 5/1/2024 | $481.95 |

| Case Name |
|---|
| Owen v. Ford Motor Credit Company |

| Case No. |
|---|
| |

**SE - ORLANDO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 4076499193  Fax: 407-245-7099**

**Jessica Kennedy, Esquire**
**McDonald Toole Wiggins, P.A.**
**111 North Magnolia Avenue Suite 1200**
**Orlando FL 32801**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Jessica Kennedy, Esquire<br>McDonald Toole Wiggins, P.A.<br>111 North Magnolia Avenue Suite 1200<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 1.00 | Hours | $95.00 | $95.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Rosemary Owen | | | | |
| Copy | 70.00 | Pages | $3.50 | $245.00 |
| Exhibit | 3.00 | Pages | $0.65 | $1.95 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| | | | **Total Due** | **$481.95** |
| | | | AFTER 6/30/2024 PAY | $554.24 |
| | | | (-) Payments/Credits | $0.00 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | **$481.95** |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                   Phone: 407-246-1800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Jessica Kennedy, Esquire
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue Suite 1200
Orlando FL 32801

| Invoice No. | 20240683621-12 | Invoice Date | 5/16/2024 |
|---|---|---|---|
| Job No. | 6599840 | Case No. | |
| Total Due | $481.95 | | |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**    

#5

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# I N V O I C E

1 of 1

Florida Court Reporting
2161 Palm Beach Lakes Blvd., Suite 309
West Palm Beach, FL 33409
T: 561-689-0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193372 | 7/10/2024 | 146279 |
| Job Date | Case No. ||
| 6/13/2024 | 01-23-0002-7602 ||
| Case Name |||
| Rosemary Owen v. Cab East, LLC d/b/a Ford Motor Credit |||
| Payment Terms |||
| Due upon receipt |||

Jessica M. Kennedy, Esq.
MCDONALD, TOOLE, WIGGINS, P.A.
111 North Magnolia Avenue
Suite 1200
Orlando, FL 32801
T: 407-246-1800

Certified copy transcript of:
　CR of Cab East  (Jeremy Dill)　　　　　　　　　　　　　　122.00   Pages   @   3.750   457.50

**TOTAL DUE   >>>   $457.50**

Credit Card payments may be made on our website: www.floridacourtreporting.com

We appreciate your business!

Past due balance in excess of 30 days shall bear interest at the maximum rate allowable by law.  Client agrees to pay all costs of collection, including attorney's fees.

**Tax ID:** 88-1182147

*Please detach bottom portion and return with payment.*

Jessica M. Kennedy, Esq.
MCDONALD, TOOLE, WIGGINS, P.A.
111 North Magnolia Avenue
Suite 1200
Orlando, FL 32801

Job No.     : 146279　　　　BU ID    : FCR-VF
Case No.    : 01-23-0002-7602
Case Name   : Rosemary Owen v. Cab East, LLC d/b/a Ford Motor Credit
Invoice No. : 193372　　　　Invoice Date : 7/10/2024
**Total Due** : **$457.50**

Remit To: **Florida Court Reporting**
　　　　　　**2161 Palm Beach Lakes Blvd., Suite 309**   #6
　　　　　　**West Palm Beach, FL 33409**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:　　　　　　Phone#:
Billing Address:
Zip:　　　　　　Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240635320-12 | 3/15/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6567255 | 3/13/2024 | $212.50 |

| Case Name |
|---|
| Rosemary Owen v. Ford Motor Credit Co. |

| Case No. |
|---|
| 2300027602 |

**SE - ORLANDO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 4076499193  Fax: 407-245-7099**

**Daryn Petitt**
**McDonald Toole Wiggins, P.A.**
**111 North Magnolia Avenue Suite 1200**
**Orlando FL 32801**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Remote Teleconference - Phone number provided by client | Daryn Petitt<br>McDonald Toole Wiggins, P.A.<br>111 North Magnolia Avenue Suite 1200<br>Orlando FL 32801 | Client Matter No:D221309<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| NON-TRANSCRIBED HEARING BEFORE: Presiding Judge | | | | |
| No Write - Hourly - Hearing | 1.50 | Hours | $125.00 | $187.50 |
| Archival Fee | 1.00 | N/A | $25.00 | $25.00 |
| | | | **Total Due** | **$212.50** |
| | | | AFTER 4/29/2024 PAY | $244.38 |
| | | | (-) Payments/Credits | $0.00 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | $212.50 |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                      Phone: 407-246-1800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Daryn Petitt
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue Suite 1200
Orlando FL 32801

| Invoice No. | 20240635320-12 | Invoice Date | 3/15/2024 |
|---|---|---|---|
| Job No. | 6567255 | Case No. | 2300027602 |
| Total Due | $212.50 | | |

Remit To:    **U.S. Legal Support, Inc.**
             **P.O. Box 4772**
             **Houston, TX 77210**

**PAY BY CREDIT CARD**   

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

#7



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240644124-12 | 3/28/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6567255 | 3/13/2024 | $357.00 |

| Case Name |
|---|
| Rosemary Owen v. Ford Motor Credit Co. |

| Case No. |
|---|
| 2300027602 |

**SE - ORLANDO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 4076499193  Fax: 407-245-7099

Daryn Petitt
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue Suite 1200
Orlando FL 32801

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Remote Teleconference - Phone number provided by client | Daryn Petitt<br>McDonald Toole Wiggins, P.A.<br>111 North Magnolia Avenue Suite 1200<br>Orlando FL 32801 | Client Matter No:D221309<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: Presiding Judge | | | | |
| Original - Arbitration | 60.00 | Pages | $5.95 | $357.00 |
| | | | **Total Due** | **$357.00** |
| | | | AFTER 5/12/2024 PAY | $410.55 |
| | | | (-) Payments/Credits | $0.00 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | $357.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                       Phone: 407-246-1800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Daryn Petitt
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue Suite 1200
Orlando FL 32801

| Invoice No. | 20240644124-12 | Invoice Date | 3/28/2024 |
|---|---|---|---|
| Job No. | 6567255 | Case No. | 2300027602 |
| Total Due | $357.00 | | |

Remit To:  **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD**    

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**               **Phone:**

**Billing Address:**

**Zip:**                     **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

#8



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240694330-12 | 5/29/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6617344 | 5/28/2024 | - |

| Case Name |
|---|
| Rosemary Owen v. Cab East, LLC |

| Case No. |
|---|
| 012300027602 |

SE - ORLANDO
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 407-649-9193  Fax: 407-245-7099

Julie Szymanski
Ford Motor Company
One American Road
 425A5

Dearborn MI 48126

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Remote Teleconference - Phone number provided by client | Daryn Petitt<br>McDonald Toole Wiggins, P.A.<br>111 North Magnolia Avenue Suite 1200<br>Orlando FL 32801 | Client Matter No:<br>Claim No:D221309<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Trial/Arbitration - Half Day | 1.00 | N/A | $500.00 | $500.00 |
| ORIGINAL TRANSCRIPT OF: Arbitrator Amy Sergent | | | | |
| Original - Arbitration | 25.00 | Pages | $5.95 | $148.75 |
| Transcript Handling & Processing | 1.00 | N/A | $25.00 | $25.00 |
| Litigation Technology, Support and Security Management - Arbitration | 1.00 | N/A | $20.00 | $20.00 |
| | | | Total Due | $693.75 |
| | | | (-) Payments/Credits | $693.75 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | - |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
One American Road 425A5
Dearborn MI 48126

| Invoice No. | 20240694330-12 | Invoice Date | 5/29/2024 |
|---|---|---|---|
| Job No. | 6617344 | Case No. | 012300027602 |
| Total Due | - | | |

Remit To:  U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

#9



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240683621-12 | 5/16/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6599840 | 5/1/2024 | - |

| Case Name |
|---|
| Owen v. Ford Motor Credit Company |

| Case No. |
|---|
| |

**SE - ORLANDO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 407-649-9193  Fax: 407-245-7099**

**Jessica Kennedy, Esquire**
**McDonald Toole Wiggins, P.A.**
**111 North Magnolia Avenue Suite 1200**
**Orlando FL 32801**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Jessica Kennedy, Esquire<br>McDonald Toole Wiggins, P.A.<br>111 North Magnolia Avenue Suite 1200<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 1.00 | Hours | $95.00 | $95.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Rosemary Owen | | | | |
| Copy | 70.00 | Pages | $3.50 | $245.00 |
| Exhibit | 3.00 | Pages | $0.65 | $1.95 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Total Due | | | | **$481.95** |
| (-) Payments/Credits | | | | $481.95 |
| (+) Finance Charges/Late Fees | | | | $0.00 |
| (=) New Balance | | | | - |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                Phone: 407-246-1800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Jessica Kennedy, Esquire
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue Suite 1200
Orlando FL 32801

| Invoice No. | 20240683621-12 | Invoice Date | 5/16/2024 |
|---|---|---|---|
| Job No. | 6599840 | Case No. | |
| Total Due | - | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**  

Cardholder's Name:

Card Number:

Exp. Date:           Phone:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

#10