# EXHIBIT A

JESSICA M. KENNEDY (Florida Bar No. 0096015)
JACKLYN SIGNORELLI (Florida Bar No. 1041181)
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407)246-1800
jkennedy@mtwlegal.com
jsignorelli@mtwlegal.com

Attorneys for Respondent
CAB EAST, LLC

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| ROSEMARY OWEN, | Case No. 01-23-0002-7602 |
| Claimant, | **RESPONDENT CAB EAST, LLC'S OFFER OF JUDGMENT TO CLAIMANT** |
| vs. | |
| CAB EAST, LLC, | |
| Respondents. | |

**NOW COMES** the Respondent, CAB EAST, LLC ("CAB East"), by and through its attorneys, and, pursuant to FRCP 68, offers to stipulate to the Entry of Judgment/Award and hereby makes the following food faith and reasonable offer to Claimant, Rosemary Owen:

1. Respondent CAB East hereby will pay Claimant the total sum of $3,877.00, plus the costs of the action, together with whatever reasonable attorney's fees have been paid by or are chargeable to the Claimant as determined by either an arbitrator or a Court, in connection with this action.

2. Respondent hereby make this Offer of Judgment/Award for the full amount of the alleged compensatory and statutory damages together with whatever reasonable attorney's fees have been paid by or are chargeable to the Claimant, in exchange for the dismissal, with prejudice of all Claimant's claims against the Respondent, CAB East.

08888.2071/16448947.1

3. This Offer of Judgment is made for the purposes specified in FRCP 68 and is not to be construed as either an admission by the Respondent that they are liable to Claimant, that Claimant's claims are valid or that the Claimant suffered any damages.

DATED: October 25, 2023                MCDONALD TOOLE WIGGINS, P.A.


By: ___/s/ Jessica M. Kennedy___
      JESSICA M. KENNEDY

Attorneys for Respondent CAB EAST, LLC