# EXHIBIT B

JESSICA M. KENNEDY (Florida Bar No. 0096015)
JACKLYN SIGNORELLI (Florida Bar No. 1041181)
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407)246-1800
jkennedy@mtwlegal.com
jsignorelli@mtwlegal.com

Attorneys for Respondent
CAB EAST, LLC

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| ROSEMARY OWEN, | Case No. 01-23-0002-7602 |
| Claimant, | **RESPONDENT CAB EAST, LLC'S NOTICE OF SERVICE OF OFFER OF JUDGMENT TO CLAIMANT** |
| vs. | |
| CAB EAST, LLC, | |
| Respondents. | |

**NOW COMES** the Respondent, CAB EAST, LLC ("CAB East"), by and through its attorneys, hereby gives notice of serving an OFFER OF JUDGMENT, in the above-referenced action.

DATED:  October 25, 2023                MCDONALD TOOLE WIGGINS, P.A.


By:    _/s/ Jessica M. Kennedy_
         JESSICA M. KENNEDY

Attorneys for Respondent CAB EAST, LLC

08888.2071/16448947.1

RESPONDENT CAB EAST, LLC'S OFFER OF JUDGMENT TO CLAIMANT