# EXHIBIT C

**Melissa Navarro**

| | |
|---|---|
| **From:** | Jessica M. Kennedy |
| **Sent:** | Wednesday, October 25, 2023 10:40 AM |
| **To:** | JOSHUA FEYGIN |
| **Cc:** | Daryn Petitt; AAA Jenna Pascale; Legal Assistant Joshua Feygin PLLC; Sarah Feller; Louise Torres; Darren Newhart; Jacklyn Signorelli |
| **Subject:** | Re: Owen v Ford Motor Credit Co.: [EXT] RE: Rosemary Owen v. CAB EAST, LLC - Case 01-23-0002-7602 |

Joshua,

Ultimately any award would need to be effectuated in Federal Court. Your "objection" is noted but regardless, those rules are relevant. We look forward to your client's response.

Regards,
Jessica Kennedy


On Oct 25, 2023, at 10:30 AM, JOSHUA FEYGIN wrote:


> **WARNING:**
> This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.


The Claimant does not agree to, and expressly opposes, the adoption of Rule 68 in this arbitration.

**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020




On Wed, Oct 25, 2023 at 10:27 AM Daryn Petitt <dpetitt@mtwlegal.com> wrote:

> Good morning,

Please find attached Notice of Service of Offer of Judgment.

Sincerely,

Daryn Petitt
McDonald Toole Wiggins, P.A.
(407) 838-4088 Direct
dpetitt@mtwlegal.com

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, October 25, 2023 9:12 AM
**To:** AAA Jenna Pascale <JennaPascale@adr.org>
**Cc:** Jessica M. Kennedy <JKennedy@mtwlegal.com>; Legal Assistant Joshua Feygin PLLC <legalassistant@jfeyginesq.com>; Sarah Feller <sarah@newhartlegal.com>; Louise Torres <ltorres@mtwlegal.com>; Darren Newhart <darren@newhartlegal.com>; Jacklyn Signorelli <jsignorelli@mtwlegal.com>; Daryn Petitt <dpetitt@mtwlegal.com>
**Subject:** Re: [EXT] RE: Rosemary Owen v. CAB EAST, LLC - Case 01-23-0002-7602

**WARNING:**
This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.

Dear Miss Pascale:

In an email on October 18, you stated that the AAA would be proceeding with inviting an arbitrator to serve over these proceedings.

In that very same email you provided the respondent until the 25th to complete payment of an invoice for producing the resumes of 5 arbitrators pursuant to the respondent's October 6th request for a list of arbitrators to proceed with a rank and strike appointment process.

At this time the claimant is unsure of the status of these proceedings. If the invoice e has not been paid, the claimant would request that an arbitrator be appointed forthwith so we may begin to advance these proceedings.

Sincerely,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
Suite 208F
Hollywood, FL 33020