# EXHIBIT D

# Melissa Navarro

| | |
|---|---|
| **From:** | Jessica M. Kennedy |
| **Sent:** | Wednesday, January 10, 2024 8:12 AM |
| **To:** | Christie Smith |
| **Subject:** | FW: Owen v Ford Motor Credit Co.: [EXT] Re: Rosemary Owen v. CAB EAST, LLC - Case 01-23-0002-7602 |
| **Attachments:** | ROSEMARY OWEN v. CAB EAST LLC Case 01-23-0002-7602 Scheduling Order.docx |

Can you save to ATO?

---

**From:** Amy Sergent
**Sent:** Monday, January 8, 2024 3:10 PM
**To:** josh@sueyourdealer.com; Jessica M. Kennedy ; Jacklyn Signorelli
**Cc:** AAA Jenna Pascale ; legalassistant@jfeyginesq.com
**Subject:** [EXT] Re: Rosemary Owen v. CAB EAST, LLC - Case 01-23-0002-7602

> **WARNING:**
> This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.

Apologies. Here's the attachment ...

**Amy L. Sergent**
Attorney-Arbitrator
5015 Kestral Park Drive
Sarasota, Florida, 34231
Phone: 941-320-7985
Email: amysergent@gmail.com



On Mon, Jan 8, 2024 at 3:08 PM Amy Sergent <amysergent@gmail.com> wrote:
> Hello again, Josh and Jessica,
>
> It was nice to speak with you at the preliminary scheduling conference today. Pursuant to our discussions, I understand that the parties have agreed to terms for resolving the underlying claims in this matter and that the only remaining issue concerns the amount of reasonable attorneys' fees to be awarded to the Claimant.

In that regard, the parties are directed to confer and submit a joint proposed Consented Award confirming the underlying settlement agreement to me no later than January 29, 2024. Ms. Kennedy has agreed to take the lead and she will provide Mr. Feygin with a draft agreement for his review. As promised, attached is a (very rough) draft of the Scheduling Order which will give you a place to start. The parties are also to confer regarding the case management schedule and deadlines for the hearing on attorneys' fees. You will send me a joint proposed Case Management and Scheduling Order by the same January 29, 2024 date.

If more time is required or if any other issues arise, feel free to reach out. And, as always, please be sure to copy the AAA Case Administrator, Jenna Pascale, on all communications.

Regards,

Amy Sergent

**Amy L. Sergent**
Attorney-Arbitrator
5015 Kestral Park Drive
Sarasota, Florida, 34231
Phone: 941-320-7985
Email: amysergent@gmail.com

