**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ROSEMARY OWEN,  CASE NO.: 2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD MOTOR
CREDIT COMPANY, a foreign
corporation,

    Defendants.

_____/

**PLAINTIFF'S UNNOPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTIONS**

    Plaintiff, ROSEMARY OWEN ("Plaintiff"), an individual, hereby moves for an extension of time to file a response to Defendant CAB EAST, LLC, d/b/a FORD MOTOR CREDIT COMPANY's, a foreign corporation ("Defendant") Motion for Attorney's Fees [DE 28], Bill of Costs [DE 27] and Memorandum in Support of Bill of Costs [DE 29] up to and through November 11, 2024, and in support thereof states as follows:

    1.    On October 21, 2024, Defendant file its Motion for Attorney's Fees [DE 28], Bill of Costs [DE 27] and Memorandum in Support of Bill of Costs [DE 29].

    2.    Local Rule 3.01(c) mandates Plaintiff's responses to the outstanding motions are due by November 4, 2024.

    3.    Undersigned counsel has been diligently preparing the Plaintiff's responses, however, his ability to timely meet the November 4, 2024 deadline has been impacted by his observance of interceding Jewish Holy days and the press of business.

4. As a result, Plaintiff respectfully requests a brief extension of time of SEVEN (7) days, up to and through November 11, 2024 to file a response to the Motion.

5. No prejudice shall result from granting this relief, which has been consented to by the Defendant.

### Memorandum of Law in Support

As good cause has been shown, Plaintiff respectfully requests an extension as set forth above to respond to file a response to the Motion. *See* Fed. R. Civ. P. 6(b).

### Certificate of Conference Under Local Rule 3.01(g)

Plaintiff conferred with Defendant, CAB East, LLC., d/b/a Ford Motor Credit Company on October 31, 2024. Defendant does not oppose the requested relief.

**WHEREFORE**, for the reasons set forth above, Plaintiff, ROSEMARY OWEN, respectfully requests that this Honorable Court grant an extension of time to file a response to Motion for Attorney's Fees [DE 28], Bill of Costs [DE 27] and Memorandum in Support of Bill of Costs [DE 29] up to and through November 11, 2024.

Respectfully submitted on Thursday, 31 October 2024, by:

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357

## **CERTIFICATE OF SERVICE**

I certify that on Thursday, 31 October 2024, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.

FLORIDA BAR NO: 124685