UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                    CASE NO.:  2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendants.
_____/

## AFFIDAVIT OF PLAINTIFF ROSEMARY OWEN

I, ROSEMARY OWEN, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to the truth of the matters stated herein.

3. I make this declaration in support of my inability to pay the Defendant's costs in this action.

4. I am presently unemployed.

5. In 2020, I filed for bankruptcy under Chapter 13 of the bankruptcy code. *See In re Owen*, No. 2:20-bk-08810 (Bankr. M.D. Fla.).

6. Further compounding my financial issues, on or about July 2, 2024, my bank account was compromised and my life savings was pilfered by unknown fraudsters. To date, I have not recovered any of the stolen funds.

7. As a widow, I am the head of my household.

8. My sole source of income is from spousal support benefits from the Social Security Administration in the amount of $1,605.00 per month. *See* Exhibit "A."

9. I do not anticipate receiving any additional income or sources of assets.

10. As of October 7, 2024, the ending balance in my bank account was $1,813.16. *See* Exhibit "B."

11. Should I be encumbered with the Defendant's costs in this action, I will have no ability to satisfy the award and will likely to have to file bankruptcy once more.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 11, 2024.

*[signature]*

_____
ROSEMARY OWEN

# EXHIBIT A

Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: July 6, 2024

ROSEMARY VENDETTUOLI
OWEN

NAPLES FL 34120-0685

We are writing to let you know that you are entitled to monthly wife's benefits on the record of JOHN S OWEN beginning July 2022.

### Your Benefits

We changed the monthly benefit beginning July 2022 because we changed the month when you were first due benefits.

We will send you both benefits in one check each month under your own Social Security claim number.

The following are your new benefit rates:

| Beginning Date | Rate On This Record | Rate on The Other Record |
|---|---|---|
| July 2022 | $1,381.60 | $50.20 |
| December 2022 | $1,501.70 | $54.70 |
| December 2023 | $1,605.00 | $56.50 |

In your next payment, you will receive the difference between the benefits already paid and those now due.

### What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- Your first payment is for $682.00.
- This is the money you are due through June 2024.
- Your next scheduled payment of $1,605.00, which is for July 2024, will be received on or about the third of August 2024.

Enclosure(s):
Pub 05-10077

C

See Next Page

# EXHIBIT B

October 7, 2024 ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Purchase Return authorized on 09/30 Walmart.Com 800-925-6278 AR S614275033296615 Card | 11.76 | | |
| 10/1 | | Recurring Payment authorized on 09/30 Apple.Com/Bill 866-712-7753 CA S304274339152550 Card | | 0.99 | |
| 10/1 | | Purchase authorized on 10/01 Dollartre 11601 Bonita Bonita Spring FL P000000571436154 Card | | 12.17 | |
| 10/1 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9207 | | 1.00 | 1,448.66 |
| 10/2 | | Tuscany Cove Mas Assn Dues 49037050 Rosemary Vendettuoli O | | 1,200.00 | 248.66 |
| 10/3 | | SSA Treas 310 Xxsoc Sec 100324 xxxxx2686A SSA Rosemary Vendettuoli | 1,605.00 | | 1,853.66 |
| 10/4 | | Purchase authorized on 10/02 Ross Stores #305 Naples FL S304276760917983 Card | | 27.53 | |
| 10/4 | | Purchase authorized on 10/03 Walmart.Com 800-925-6278 AR S464277540611293 Card | | 4.24 | |
| 10/4 | | Purchase authorized on 10/04 Walgreens Store 15295 Col Naples FL P464279013478770 Card | | 8.31 | |
| 10/4 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9207 | | 3.00 | 1,810.58 |
| 10/7 | | Recurring Payment authorized on 10/04 Walmart.Com 800925 800-966-6546 AR S384278501108603 Card | | 16.62 | |
| 10/7 | | Purchase authorized on 10/07 Aldi 77024 Naples FL P384281643449810 Card | | 58.76 | |
| 10/7 | | Purchase with Cash Back $ 100.00 authorized on 10/07 Publix Super Mar 15265 CO Naples FL P384281666408060 Card | | 127.28 | |
| 10/7 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9207 | | 2.00 | 1,605.92 |
| Ending balance on 10/7 | | | | | 1,605.92 |
| Totals | | | $1,640.13 | $1,813.16 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/10/2024 - 10/07/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | $248.66 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $1,605.00 ☐ |
| • Age of primary account owner | 17 - 24 | |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

## ✓ IMPORTANT ACCOUNT INFORMATION



EW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at ▮▮▮▮▮ to share your language preference.