UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,                                     CASE NO.: 2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendant.

_____/

### DEFENDANT, CAB EAST, LLC'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF BILL OF COSTS

Defendant, CAB East, LLC (hereinafter "Cab East"), by and through its undersigned counsel, and pursuant to this Court's Case Management Order and Local Rule 3.01(a), hereby requests leave to file a Reply to Plaintiff's Response in Opposition To Defendant's Memorandum of Law in Support of Bill of Costs.

"The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court." *Fiddler's Creek, LLC v. Naples Lending Grp. LC,* Case No: 2:14-cv-379-FtM-29CM, 2015 U.S. Dist. LEXIS 94763 (M.D. Fla. Jul. 21, 2015). A reply brief must benefit the Court's resolution of the pending motion. *Id*.

Here, a reply brief is warranted because Cab East must address Plaintiff's mischaracterization of the arbitration ruling and consideration of same, as raised by

Plaintiff in her Response. As such, Cab East should be granted the opportunity to rebut and address the above-mentioned matters. Furthermore, Plaintiff cites to case law not previously raised and for which Cab East should be entitled to respond to.

Accordingly, Cab East, LLC respectfully requests leave to file a reply that does not exceed seven (7) pages inclusive of all parts.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned conferred with opposing counsel via email on November 14, 2024. Plaintiff's counsel communicated that he opposes Cab East's request for a reply.

Date: 11/15/2024					Respectfully submitted,

					/s/ Jessica M. Kennedy
					JESSICA M. KENNEDY, ESQ.
					Florida Bar No. 0096015
					MCDONALD TOOLE WIGGINS, P.A.
					111 N. Magnolia Avenue, Suite 1200
					Orlando, FL  32801
					Telephone: (407) 246-1800
					Facsimile: (407) 246-1895
					jkennedy@mtwlegal.com
					OwenvFMCC@mtwlegal.com
					*Attorneys for Defendants, Cab East, LLC d/b/a Ford Motor Credit Company, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15th, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

/s/ *Jessica M. Kennedy*
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
Primary Service Email:
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendant, Cab East LLC d/b/a Ford Motor Credit Company LLC*