

JOSHUA FEYGIN <josh@sueyourdealer.com>

## Owen - Reply

**Jessica M Kennedy** <jkennedy@mtwlegal.com>                         Thu, Nov 14, 2024 at 9:50 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: Francesca Kenney <fkenney@mtwlegal.com>, Melissa Navarro <mnavarro@mtwlegal.com>, "Flor M. Leiva" <fleiva@mtwlegal.com>

Hello Joshua,

We intend to ask the Court for a Reply to Plaintiff's Response related to the Motion for Costs. Given our previously dealings and prior objections, I will assume you object in this instance as well.

If you do not have any objections to our seeking leave for a Reply, please let me know tomorrow and I will note that the motion is uncontested. Thank you.

Regards,
Jessica Kennedy



**Jessica M Kennedy**
Partner
McDonald Toole Wiggins, P.A.
111 N. Magnolia Ave. | Ste. 1200 | Orlando, FL 32801
(407) 246-1800 Main | (407) 246-1895 Fax |(407) 838-4053  Direct
jkennedy@mtwlegal.com

This e-mail message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you are not the intended recipient or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail, delete this message from your computer, and destroy any copies. Thank you.