

Joshua Feygin <josh@jfeyginesq.com>

**Owen v Ford Motor Credit Co.: Joint Status Report due 2/29/24**

**Jessica M. Kennedy** <JKennedy@mtwlegal.com>   Thu, Feb 29, 2024 at 4:23 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: Jacklyn Signorelli <jsignorelli@mtwlegal.com>, "Owen v Ford Motor Credit Co." <OwenvFMCC@mtwlegal.com>, Joshua Feygin <josh@jfeyginesq.com>, "legalassistant@jfeyginesq.com" <legalassistant@jfeyginesq.com>, Sarah Feller <sarah@newhartlegal.com>, Darren Newhart <darren@newhartlegal.com>

Joshua,

I accepted some but not all of your changes. As you suggested it was a joint statement and many of your additions are inaccurate. You're welcome to file whatever report you would like that reflects the inaccurate information you provided.

The fact remains we provided an interim award and and a scheduling order on a certain date. We are working to coordinate a call with the arbitrator. That information was accurate.

Regards,
Jessica Kennedy


**Jessica M. Kennedy**
McDonald Toole Wiggins, P.A.
(407) 838-4053  Direct
jkennedy@mtwlegal.com


On Feb 29, 2024, at 4:18 PM, JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

**WARNING:**
This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.

Counsel:

We are in receipt of the "Joint" Status Report filed moments ago. Despite you affixing my signature block to the report, we did not approve the version that was filed. I trust this was merely an oversight and that the version with the proposed revisions provided this morning at 10:10 am will be submitted in short order. Both the filed version and the revised version are attached for your ready reference.

Regards,



Joshua Feygin, Esq.
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020


On Thu, Feb 29, 2024 at 10:10 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
Greetings:

Claimant's proposed revisions are attached.

Regards,



On Tue, Feb 27, 2024 at 9:06 PM Jacklyn Signorelli <jsignorelli@mtwlegal.com> wrote:

> Good evening,
>
> Attached is the Joint Status Report for your review. It is due this Thursday, January 29, 2024. Please let me know by tomorrow if you have any revisions.
>
> Thank you,



**Jacklyn Signorelli**
Attorney
McDonald Toole Wiggins, P.A.
111 N. Magnolia Ave. | Ste. 1200 | Orlando, FL 32801
(407) 246-1800 Main | (407) 246-1895 Fax | **(407) 838-4096**  Direct
jsignorelli@mtwlegal.com |  |

This e-mail message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you are not the intended recipient or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail, delete this message from your computer, and destroy any copies. Thank you.

<Filed Joint Status Report.pdf>
<Owen - Joint Status Report jfrev1.docx>