UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,           CASE NO.:  2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendant.

_____/

**DEFENDANT, CAB EAST, LLC'S, NOTICE OF WITHDRAWING ITS MOTION FOR ATTORNEY'S FEES AGAINST PLAINTIFF**

    Defendant, CAB East, LLC, by and through undersigned counsel hereby files this Notice Withdrawing its Motion for Attorney's Fees (DE 28). Defendant, CAB East, LLC notifies this Court that after a careful review of the authority and argument presented by Plaintiff, which was raised for the first time in Plaintiff's Response to Defendant's Motion for Attorney's Fees (DE 32),[1] CAB East will no longer seek Attorney's Fees under Federal Rule of Civil Procedure 68 and no longer requests that this Court consider its Motion for Attorney's Fees Against Plaintiff (DE 28).

---

[1] Prior to filing its Motion for Attorney's Fees Against Plaintiff (DE 28), CAB East spoke to Plaintiff Counsel via telephone in an effort to confer with Plaintiff Counsel prior to filing its Motion. During the telephone call that took place on October 18, 2024, Plaintiff Counsel generally conveyed that he opposed any request for fees and costs but declined to convey the legal arguments raised in Plaintiff's Response (DE 32).

1

Date: November 27, 2024.        Respectfully submitted,

                                                  */s/ JESSICA M. KENNEDY*
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC d/b/a Ford Motor Credit Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

                                                  */s/ JESSICA M. KENNEDY*
JESSICA M. KENNEDY, ESQ.
Florida Bar No. 0096015
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com

OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC*
*d/b/a Ford Motor Credit Company, LLC*