UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROSEMARY OWEN,   CASE NO.: 2:23-cv-328-SPC-NPM

    Plaintiff,

vs.

CAB EAST, LLC, d/b/a FORD
MOTOR CREDIT COMPANY, a
foreign Limited Liability Company,

    Defendant.

_____/

## DEFENDANT, CAB EAST, LLC'S, MOTION TO CORRECT ERROR IN ORDER [DE 37]

    Defendant, CAB East, LLC, by and through undersigned counsel hereby files this Motion to Correct Error in Order [DE 37], on the grounds that it erroneously ruled that CAB East's Motion for Leave to File a Reply [DE 34] was moot. In support on this Motion, CAB East states:

    1.    On October 21, 2024, CAB East filed a Motion for Attorney's Fees pursuant to Federal Rule of Civil Procedure 68 [DE 28]. Separately, CAB East also filed a Bill of Costs [DE 27] and a Memorandum in Support of Bill of Costs [DE 29] pursuant to Federal Rule of Civil Procedure 54.

    2.    On November 10, 2024, Plaintiff filed a Response in Opposition to the Motion for Attorney's Fees [DE 32].

3. The following day, on November 11, 2024, Plaintiff also filed a Response in Opposition to Defendant's Memorandum of Law in Support of Bill of Costs [DE 33].[1]

4. Due to Plaintiff's arguments in DE 33 regarding the Arbitration ruling, CAB East filed a Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Defendant's Memorandum of Law in Support of Bill of Costs. CAB East's Motion for Leave to File a Reply was docketed as DE 34.

5. Thereafter, CAB East filed a Notice seeking to withdraw its Motion for Attorney's Fees under rule 68. In this Notice, CAB East specified that it was withdrawing the Motion for Attorney's Fees bearing DE 28, and that it was no longer seeking attorney's fees under rule 68.

6. On December 2, 2024, this Court issued an Endorsed Order correctly denying as moot the Motion for Attorney's Fees bearing DE 28. Additionally, this Court's Order also denied as moot the Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Defendant's Memorandum of Law in Support of Bill of Costs bearing DE 34.

---

[1] This Motion, which was docketed as DE 33, was incorrectly docketed as a "Response in Opposition to Motion re [28] Motion for Attorney Fees Against Plaintiff." Upon clicking on this docket entry, one can see that DE 33 is actually a Response in Opposition to Defendant's Memorandum of Law in Support of Bill of Costs.

7. CAB East humbly submits that the later portion of the Order denying DE 34 is a scrivener's error. CAB East's Notice of Withdrawal only sought to withdraw the Motion for Attorney's Fees that was filed pursuant to rule 68 but made no mention of withdrawing the Proposed Bill of Costs and its corresponding Memorandum in Support that it filed pursuant to rule 54.

8. As such, CAB East respectfully requests that this Court issue a corrected ruling and that it grant CAB East's request for leave to file a Reply with respect to the Proposed Bill of Cost.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff Counsel, Joshua Feygin, on December 3, 2024. After exchanging several e-mails discussing the matter, Plaintiff Counsel stated that he does not oppose CAB East's efforts to correct the Order and is in agreement with this Court resolving CAB East's Motion for Leave to file a Reply to Plaintiff's Response in Opposition to Defendant's Memorandum of Law in Support of Bill of Costs bearing DE 34.

Date: December 3, 2024.                    Respectfully submitted,

                                           /s/ JESSICA M. KENNEDY
                                           JESSICA M. KENNEDY, ESQ.
                                           Florida Bar No. 0096015
                                           MCDONALD TOOLE WIGGINS, P.A.

111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
jkennedy@mtwlegal.com
OwenvFMCC@mtwlegal.com
*Attorneys for Defendants, Cab East, LLC*
*d/b/a Ford Motor Credit Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joshua E. Feygin, Esq., Joshua Feygin, PLLC, 1930 Harrision St., Suite 208F, Hollywood, FL 33020, josh@jfeyginesq.com (Attorney for Plaintiff)

        */s/ JESSICA M. KENNEDY*_____
        JESSICA M. KENNEDY, ESQ.
        Florida Bar No. 0096015
        MCDONALD TOOLE WIGGINS, P.A.
        111 N. Magnolia Avenue, Suite 1200
        Orlando, FL  32801
        Telephone: (407) 246-1800
        Facsimile: (407) 246-1895
        jkennedy@mtwlegal.com
        OwenvFMCC@mtwlegal.com
        *Attorneys for Defendants, Cab East, LLC*
        *d/b/a Ford Motor Credit Company, LLC*